**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of ___New Jersey_____

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | Manley Toys Limited |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) ___ ___ - ___ ___ ___ ___ ___ ___ ___<br>☑ Other Company Incorporation No.   Describe identifier 194932<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ___ ___ ___ ___<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___<br>☐ Other _____ ; Describe identifier _____ |
| 3. | Name of foreign representative(s) | Mat Ng and John Robert Lees, as Joint and Several Liquidators |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | Voluntary Winding Up Pursuant to HK Companies Ordinance (Chapter 32) et seq |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>    See Exhibits "B" through "D" to accompanying Verified Petition |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor __Manley Toys Limited__   Case number (if known) ____
       Name

**8. Others entitled to notice**   Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Hong Kong

Debtor's registered office:

818 Cheung Sha Wan Road
Number   Street

8/F HK Spinners Industrial Bldg.
P.O. Box

Cheung Sha Wan
City   State/Province/Region   ZIP/Postal Code

Hong Kong
Country

Individual debtor's habitual residence:

_____
Number   Street

_____
P.O. Box

_____
City   State/Province/Region   ZIP/Postal Code

_____
Country

Address of foreign representative(s):

5 Queen's Road Central
Number   Street

20/F Henley Bldg.
P.O. Box

Central
City   State/Province/Region   ZIP/Postal Code

Hong Kong
Country

**10. Debtor's website (URL)**   _____

**11. Type of debtor**

*Check one:*

☒ Non-individual (*check one*):

   ☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☐ Other. Specify: _____

☐ Individual

Debtor    Manley Toys Limited    Case number (if known)
         Name

**12. Why is venue proper in *this* district?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____    John Robert Lees
Signature of foreign representative    Printed name

Executed on 03/22/2016
          MM / DD / YYYY

X _____    Mat Ng
Signature of foreign representative    Printed name

Executed on 03/22/2016
          MM / DD / YYYY

**14. Signature of attorney**

X _____    Date 3/22/16
Signature of Attorney for foreign representative    MM / DD / YYYY

Stephen M. Packman, Esquire
Printed name
Archer & Greiner, P.C.
Firm name
One Centennial Square
Number    Street
Haddonfield                          NJ      08053
City                                 State   ZIP Code

(215) 246-3147                       spackman@archerlaw.com
Contact phone                        Email address

54475                                NJ
Bar number                           State

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3