# SUPPLEMENT TO

# EXHIBIT "C"

# TO VERIFIED PETITION

**CR**
公司註冊處
Companies Registry

委任清盤人或臨時清盤人通知書
# Notice of Appointment of Liquidator or Provisional Liquidator



表格 Form **NW3**

公司編號 Company Number
**194932**

註 Note

**1** 公司名稱 Company Name

### MANLEY TOYS LIMITED
### 萬 利 玩 具 有 限 公 司

(清盤在進行中 In Liquidation)

**2** 清盤方式 Mode of Winding Up

請在適用的空格內加上 ✓ 號  Please tick the relevant box

[ ] 由法院作出清盤 Winding Up by Court

[ ] 成員自動清盤 Members' Voluntary Winding Up

[✓] 債權人自動清盤 Creditors' Voluntary Winding Up

[ ] 其他清盤方式 (請註明) Others (Please specify)

I, the undersigned, do hereby certify that I have this day examined this document with its original (or a properly certified copy of the original) and that the same is a true and complete copy thereof.

Dated  2 2 MAR 2016

*Kingsley Ong*

**Kingsley Ong 王世偉**
Notary Public
Hong Kong
Tel: +852 66291868
Email: kingsleyong@gmail.com

---

❹ 提交人資料 Presentor's Reference
姓名 Name:
JLA Asia
地址 Address:
20/F Henley Building
5 Queen's Road Central
Hong Kong

[CR] 收件日期 RECEIVED
2 2 MAR 2016
文件管理組
Document Management Section

請勿填寫本欄 For Official Use

電話 Tel: 2526 0550    傳真 Fax: 2526 0771
電郵 Email :
檔號 Reference: MLT021FF - 1 (0108)

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NW3**

公司編號 Company Number: 194932

## 3 委任詳情 Details of Appointment(s)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

**1**

| 身分 Capacity | ✓ 清盤人 Liquidator | ☐ 臨時清盤人 Provisional Liquidator |

| 類別 Status | ☐ 唯一 Sole | ☐ 共同 Joint | ✓ 共同及各別 Joint & Several |

| 委任方式 Mode of Appointment | ☐ 公司決議 Resolution of Company | ✓ 債權人決議 Resolution of Creditors | ☐ 董事決議 Resolution of Directors | ☐ 法院命令 Court Order | ☐ 破產管理署署長委任 by the Official Receiver |

中文姓名 Name in Chinese: 

英文姓名 Name in English
- 姓氏 Surname: Lees
- 名字 Other Names: John Robert

地址 Address:
- 20/F Henley Building
- 5 Queen's Road Central
- Hong Kong

國家／地區 Country／Region: 香港／HONG KONG

(本處不接納郵政信箱號碼 Post office box numbers are not acceptable)

電郵地址 Email Address: 

身分證明 Identification

(a) 香港身分證號碼 Hong Kong Identity Card Number: K 6 4 0 3 7 7 ( 8 )

(b) 護照 Passport: 

簽發國家 Issuing Country: 

號碼 Number: 

委任日期 Date of Appointment: 22 / 03 / 2016 (日DD / 月MM / 年YYYY)

指明編號 1/2014 (2014 年 3 月) Specification No. 1/2014 (March 2014)

表格 Form **NW3**

公司編號 Company Number: **194932**

3  委任詳情 **Details of Appointment(s)**  (續上頁 cont'd)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

2  身分 Capacity: [✓] 清盤人 Liquidator  [ ] 臨時清盤人 Provisional Liquidator

類別 Status: [ ] 唯一 Sole  [ ] 共同 Joint  [✓] 共同及各別 Joint & Several

委任方式 Mode of Appointment: [ ] 公司決議 Resolution of Company  [✓] 債權人決議 Resolution of Creditors  [ ] 董事決議 Resolution of Directors  [ ] 法院命令 Court Order  [ ] 破產管理署署長委任 by the Official Receiver

中文姓名 Name in Chinese: 吳宓

英文姓名 Name in English:
- 姓氏 Surname: Ng
- 名字 Other Names: Mat

地址 Address: 20/F Henley Building, 5 Queen's Road Central, Hong Kong

國家／地區 Country/Region: 香港／HONG KONG

(本處不接納郵政信箱號碼 Post office box numbers are not acceptable)

電郵地址 Email Address:

身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number: H 3 1 0 3 3 0 ( 9 )
(b) 護照 Passport:
簽發國家 Issuing Country:
號碼 Number:

委任日期 Date of Appointment: 22 / 03 / 2016 (DD / MM / YYYY)

簽署 Signed: _John Robert Lees_
姓名 Name: 清盤人／臨時清盤人* Liquidator / ~~Provisional Liquidator~~ *
日期 Date: 22 / 03 / 2016

簽署 Signed: _Mat Ng_
姓名 Name: 清盤人／臨時清盤人* Liquidator / ~~Provisional Liquidator~~ *
日期 Date: 22 / 03 / 2016

*請刪去不適用者 Delete whichever does not apply

